1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TANISHIA SAVANNAH WILLIAMS,              No.  2:20-cv-01519 GGH P

12                  Petitioner,

13          v.                                 ORDER AND FINDINGS AND
                                               RECOMMENDATIONS
14    MICHAEL PALLARES, Acting Warden,

15                  Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus

18    pursuant to 28 U.S.C. §2254. The matter was referred to the United States Magistrate Judge

19    pursuant to 28 U.S.C. §636(b)(1) and Local Rule 302(c).

20          On July 3, 2020, petitioner filed a petition for writ of habeas corpus. ECF No. 1. On

21    August 7, 2020, the court granted petitioner thirty days to file a motion for stay and abeyance

22    pursuant to Rhines v. Weber, 544 U.S. 269 (2005) based on a failure to exhaust state court

23    remedies. ECF No. 3. Petitioner was further "warned that failure to file a motion for stay and

24    abeyance within the court's deadline will result in a recommendation that this action be dismissed

25    as unexhausted. Id. at 3. Petitioner has not responded to the court's orders, nor taken any action to

26    prosecute this case.

27          Moreover, review of the case docket indicates the copy of the court's August 7, 2020 was

28    served by mail on Petitioner on two separate occasions and returned on August 25, 2020 and

                                                    1

1   September 9, 2020 as undeliverable. However, pursuant to Local Rule 182(f), service at the

2   address listed on the docket remains fully effective in the absence of a notification of change of

3   address.

4          In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court

5   shall assign this case to a district judge.

6          Further, IT IS HEREBY RECOMMENDED that this action be dismissed, without

7   prejudice, for lack of prosecution and for failure to comply with the court's order.  See Fed. R.

8   Civ. P. 41(b); Local Rule 110.

9          These findings and recommendations are submitted to the United States District Judge

10  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days

11  after being served with these findings and recommendations, petitioner may file written

12  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

13  Findings and Recommendations." Failure to file objections within the specified time may waive

14  the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

15  Dated: September 28, 2020

                                    /s/ Gregory G. Hollows
16                          UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28