UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANISHIA SAVANNAH WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL PALLARES, Acting Warden,<br><br>Respondent. | No. 2:20-cv-01519 JAM GGH P<br><br><br><br>ORDER |

Petitioner has filed a document labeled as objections to the undersigned's November 4, 2021 Findings and Recommendations. ECF No. 32. However, petitioner is requesting an extension of time to file objections. Id. Accordingly, the undersigned will construe the objections as a request for an extension of time. Petitioner will be afforded twenty-one (21) days from the date of this order to file objections to the undersigned's November 4, 2021 Findings and Recommendations.

IT IS SO ORDERED.

Dated: November 23, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE