1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TANISHIA SAVANNAH WILLIAMS,          No.  2:20-cv-01519-JAM-JDP (HC)

12              Petitioner,

13        v.                               ORDER

14   MICHAEL PALLARES, Acting Warden,

15              Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On November 4, 2021, the previously assigned magistrate judge filed findings and

21   recommendations herein which were served on petitioner and which contained notice to petitioner

22   that any objections to the findings and recommendations were to be filed within fourteen days.

23   Petitioner was subsequently granted a twenty-one-day extension of time to file objections.  ECF

24   No. 34.  The deadline has passed, and Petitioner has not filed objections to the findings and

25   recommendations.

26   /////

27   /////

28   /////

                                          1

1    The court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3  ORDERED that:

4        1.  The findings and recommendations filed November 4, 2021, are adopted in full;

5        2.  Petitioner's motion to stay and hold the petition in abeyance (ECF No. 25) is denied;

6        3.  The habeas petition (ECF No. 1) is dismissed without prejudice for failure to fully

7  exhaust claims in state court; and

8        4.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. §

9  2253.

10

11

12  DATED:  February 8, 2022                    /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
13                                            UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28