UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANISHIA SAVANNAH WILLIAMS,<br><br>      Petitioner,<br><br>   v.<br><br>MICHAEL PALLARES,<br><br>      Respondent. | Case No. 2:20-cv-01519-JAM-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 41 |

Petitioner has filed a motion for an extension of time to file objections to the May 24, 2022 findings and recommendations. ECF No. 41. Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No.41, is granted.

2. Petitioner is granted until July 29, 2022, to file objections to the pending findings and recommendations.

IT IS SO ORDERED.

Dated:   July 7, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE