UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANISHIA SAVANNAH WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL PALLARES,<br><br>Respondents. | No. 2:20-cv-01519-TLN-JDP<br><br><br>**ORDER** |

Petitioner, proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 24, 2022, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 40.)  Petitioner has filed objections to the findings and recommendations.[1]  (ECF No. 47.)

---

[1] In her objections, Petitioner appears to argue that should the Court find that she has not established good cause to stay her petition, *Rhines v. Weber*, 544 U.S. 269 (2005), she should be afforded additional time to obtain assistance from counsel — which she claims her family recently retained — and to file new objections.  (ECF No. 47.)  Petitioner has had more than three months to file objections to the May 24, 2022 findings and recommendations.  And despite her representation that she has retained counsel, no attorney has appeared in this action on her behalf.  Accordingly, there is no basis for granting Petitioner additional time to seek legal assistance and

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
2 Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the
3 Court finds the findings and recommendations to be supported by the record and by proper
4 analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1.  Petitioner's Motion for an Extension of Time to File Objections (ECF No. 46) is
7 GRANTED, and her Objections filed September 7, 2022 (ECF No. 47) are deemed timely;
8  2.  The Findings and Recommendations filed May 24, 2022 (ECF No. 40) are ADOPTED
9 in full; and
10  3.  Petitioner's Motion to Reopen the Case (ECF No. 38) and Motion for Court Order
11 (ECF No. 39) are DENIED.
12 **DATED:  September 21, 2022**

Troy L. Nunley
United States District Judge

---

28 file new objections.

2