UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANISHIA SAVANNAH WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL PALLARES,<br><br>Respondent. | No. 2:20-cv-01519-TLN-JDP<br><br><br><br>**ORDER** |

Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 13, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 59.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed January 13, 2023, are adopted in full; and

2. Petitioner's Motion for Certificate of Appealability (ECF No. 51), is GRANTED in part:

   A. The Judgment, (ECF No. 6) and the Order adopting the Court's previous recommendations (ECF No. 49) are VACATED;

   B. The request for a Certificate of Appealability is DENIED as moot; and

   C. This case is re-opened and Petitioner is directed to file, through her counsel, an amended petition within thirty days of this Order.

**DATED: February 7, 2023**

Troy L. Nunley
United States District Judge