**KING & SPALDING LLP**
ARWEN R. JOHNSON (SBN 247583)
*arwen.johnson@kslaw.com*
633 West Fifth Street, Suite 1600
Los Angeles, CA  90071
Telephone:  (213) 443-4355
Facsimile:   (213) 443-4310

Attorney for Petitioner
TANISHIA SAVANNAH WILLIAMS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANISHIA SAVANNAH WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL PALLARES, Acting Warden<br><br>Respondent. | Case No. 2:20-cv-01519-TLN-JDP (HC)<br>*Honorable Troy L. Nunley*<br><br>**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME** |

On February 16, 2023, Petitioner requested a 30-day extension of time to file an amended habeas petition under 22 U.S.C. § 2254.

IT IS HEREBY ORDERED, that Petitioner's request for a 30-day extension is granted.  The amended petition is now due April 10, 2023.

IT IS SO ORDERED.

Dated:   February 17, 2023

*/s/ Jeremy Peterson*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE