**KING & SPALDING LLP**
ARWEN R. JOHNSON (SBN 247583)
*arwen.johnson@kslaw.com*
633 West Fifth Street, Suite 1600
Los Angeles, CA  90071
Telephone:  (213) 443-4355
Facsimile:  (213) 443-4310

Attorney for Petitioner
TANISHIA SAVANNAH WILLIAMS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANISHIA SAVANNAH WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL PALLARES, Acting Warden<br><br>Respondent. | Case No. 2:20-cv-01519-TLN-JDP<br><br>**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME** |

On March 30, 2023, Petitioner requested a 60-day extension of time to file an amended habeas petition under 22 U.S.C. § 2254.

IT IS HEREBY ORDERED, that Petitioner's request for a 60-day extension is granted.  The amended petition is now due June 9, 2023.

IT IS SO ORDERED.

Dated:   March 31, 2023                                  /s/ Jeremy Peterson
                                                         JEREMY D. PETERSON
                                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME