UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TANISHIA SAVANNAH WILLIAMS,**<br><br>                                        Petitioner,<br><br>     v.<br><br>**ANISSA DE LA CRUZ, Warden (A),**<br><br>                                        Respondent. | 2:20-cv-01519-TLN-JDP<br><br>**ORDER** |

On stipulation of the parties through their respective counsel, and upon good cause appearing, it is hereby ordered:

    1.    Respondent's motion (ECF No. 71) is granted in part and denied in part.

    2.    The motion is denied as moot in respect to the July 28, 2023 order (ECF No. 67) since respondent has already filed an answer.

    3.    The motion is granted in respect to the February 8, 2023 order (ECF 60). The February 8, 2023 order is vacated, and superseded as follows;

4. Effective February 8, 2023, the February 9, 2022 order and judgment of dismissal (ECFs 36, 37) are set aside pursuant to Federal Rule of Civil Procedure 60(b)(1);

5. In this re-opened case, Petitioner's amended Petition for Writ of Habeas Corpus (ECF 66) and Respondent's lodging and Answer (ECFs 77 thru 78) remain filed, with the deadline for Petitioner's Traverse unchanged; and

6. This matter otherwise remains before the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Date: November 30, 2023

_____
Troy L. Nunley
United States District Judge