UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANISHIA SAVANNAH WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL PALLARES,<br><br>Respondent. | Case No. 2:20-cv-1519-TLN-JDP<br><br>**ORDER** |

Petitioner Tanishia Savannah Williams ("Petitioner"), a state prisoner proceeding with counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 19, 2025, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice to that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner filed objections to the findings and recommendations on June 2, 2025 (ECF No. 83), and Respondent Michael Pallares ("Respondent") filed a reply on June 5, 2025. (ECF No. 84.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper

1

1 analysis.

2 Accordingly, IT IS HEREBY ORDERED that:

3    1. The findings and recommendations filed May 19, 2025, are adopted in full;

4    2. The first amended petition (ECF No. 66) is DENIED;

5    3. Petitioner's request for oral argument (ECF No. 80) is DENIED;

6    4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. §

7 2253; and

8    5. The Clerk of Court is directed to close this case and to enter judgment accordingly.

9 IT IS SO ORDERED.

10 **Date: June 17, 2025**

13 _____

14 TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2